

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-14-00801-CR

Jason **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8235
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

We reinstate this appeal on the active docket of the court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

Keith E. Hottle
Clerk of Court